IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ERNESTO LIZARDE,** | 1:08-CV-1983 AWI GSA |
| Plaintiff, | **ORDER GRANTING REQUEST TO MODIFY SCHEDULING ORDER** |
| v. | Judge     Hon. Gary S. Austin |
| **STATE OF CALIFORNIA, et al.,** | Trial Date   May 18, 2010 |
| Defendants. | |

The Court finds good cause to grant defendant Austin's request to modify the Scheduling Order. The Scheduling Order issued by this Court on June 8, 2009 and amended on June 26, 2009 is modified as follows:

**III. Discovery Plan and Cut-off Dates**

The parties are ordered to complete all discovery pertaining to non-experts on or before **October 30, 2009.**

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  All other deadlines remain as stated in the Amended Scheduling Order issued on June 26, 2009.

IT IS SO ORDERED

**Dated:**	October 5, 2009	**By:**	/s/ Gary S. Austin
					The Honorable Gary S. Austin
					Untied States Magistrate Judge