1  LAW OFFICES OF KENNETH M. FOLEY
   KENNETH M. FOLEY, ESQ. (State Bar #061143)
2  37 North Main Street, Suite 209
   Mailing Address: P. O. Box 1269
3  San Andreas, CA 95249

4  Telephone:  (209) 754-4183

5  Attorney for Plaintiff

**FILED**

JAN 2 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  ERNESTO LIZARDE,                    Case No. 1:08-1983 AWI GSA

12              Plaintiff,

13                                      PLAINTIFF, ERNEST LIZARDE'S
           vs.                          DISMISSAL OF ACTION
14

15  STATE OF CALIFORNIA, et al.,

16
                Defendants.
17  _____

18  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that Plaintiff, ERNESTO LIZARDE, hereby

20  dismisses with prejudice the entire action against all

21  Defendants, including J. AUSTIN, individually , with each party

22  to bear their own costs and attorney's fees.

23  DATED: January 20, 2010       LAW OFFICES OF KENNETH M. FOLEY

24

25  t is so Ordered. Dated: /-2/-/0    By_____/s/ KENNETH M. FOLEY_____
                                        KENNETH M. FOLEY
26                                      Attorney for Plaintiff,
                                        ERNESTO LIZARDE
27
    United States District Judge
28

PLAINTIFF'S DISMISSAL OF ACTION ──────────── - 1 -